## UNITED STATES
### v.
## RICHARD SMYTH

1808

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . *Printed in Vol. 2*
2. Capias and return . . . . . . . . . . . . . .

## UNITED STATES
### v.
## A NUMBER OF CATTLE SEIZED, ETC.

1809

PAPERS IN FILE

1. Subpoena for François Detayer, Jacob Oeiller and Adner
   Heacock . . . . . . . . . . . . . . .

## ROBERT ABBOTT AND JAMES ABBOTT
### v.
## JEAN BAPTISTE RIVARD

1810

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . .